UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMMIE JO SMITH, individually
And on behalf of all others similarly     CLASS ACTION
Situated,

    Plaintiffs,

vs.                                        CASE NO.:  2:15-cv-00570-FtM-29CM

VOLKSWAGEN GROUP OF AMERICA,
INC.,

    Defendant.
_____/

**DEFENDANT, VOLKSWAGEN GROUP OF AMERICA, INC.'S
NOTICE OF FILING CONDITIONAL "TRANSFER ORDER"
IN MDL NUMBER 2672, IN RE: VOLKSWAGEN
"CLEAN DIESEL" MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION**

Defendant, Volkswagen Group of America, Inc. ("VWGoA"), hereby files this Notice of the "Transfer Order" entered by the United States Judicial Panel on Multi-District Litigation in the Matter of *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2672, and which Conditional Transfer Order was entered on December 8, 2015 (MDL Doc. 950, at 5) transferring this *Smith* case to the Northern District of California MDL.

The JPML has now transferred the Multi-District Litigation cases from all Federal Courts, including subsequent related tag-alongs, to the Northern District of California, assigned to the Honorable Charles R. Breyer. Attached as Exhibit A is a copy of the "Transfer Order" entered by the Judicial Panel on Multi-District Litigation regarding the Volkswagen "diesel emission" cases.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on December 11, 2015, on all counsel or parties of record on the Service List below.

/s/ *Larry M. Roth*
LARRY M. ROTH, ESQUIRE
Florida Bar No. 0208116
E-mail: lroth@rumberger.com
Secondary email:
docketingorlando@rumberger.com;
lrothsecy@rumberger.com
MICHAEL D. BEGEY, ESQUIRE
E-mail: mbegey@rumberger.com
Secondary email: mbegeysecy@rumberger.com
Florida Bar No. 0120928
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)


Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

Attorneys for Defendant,
VOLKSWAGEN GROUP of AMERICA, INC.

## **SERVICE LIST**

| | |
|---|---|
| Joseph M. Pustizzi, Esquire<br>Law Office of Joseph Pustizzi, P.A.<br>3440 Hollywood Boulevard, Suite 415<br>Hollywood, FL 33021<br>(954) 241-4244<br>joseph@pustissilaw.com<br><br>Attorneys for Plaintiffs | Michael T. Fraser, Esquire<br>The Fraser Law Firm, P.C.<br>4120 Douglas Boulevard<br>Suite 306-262<br>Granite Bay, CA 95746<br>mfraser@thefraserlaw.net<br><br>Attorneys for Plaintiffs |